UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-80673-MIDDLEBROOKS

DANIEL LUGO,

       Plaintiff,

v.

VIAJERO HOSTELS US, CORP.,

       Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs

except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Hubert G. Menendez |
| DREW M. LEVITT | HUBERT G. MENENDEZ |
| Florida Bar No. 782246 | Florida Bar No. 1017910 |
| drewmlevitt@gmail.com | hubert@tremblylaw.com |
| Lee D. Sarkin | TREMBLY LAW FIRM |
| Florida Bar No. 962848 | 9700 South Dixie Highway, PH 1100 |
| Lsarkin@aol.com | Miami, Florida 33156 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 431-5678 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |